# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PARKER SCHOOL UNIFORMS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 18-10085 (CSS) |
| _____ | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSEN M. SARPA, | ) | Adv. Pro. No. 19-51173 (CSS) |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CONTEMPLATED SETTLEMENT

1.     Jeoffrey L. Burtch, Chapter 7 Trustee and Plaintiff in the above captioned adversary proceeding, gives notice of a settlement of this action. A letter of confirmation has been sent and a settlement document is in the process of being executed and will provide for a settlement payment to the Chapter 7 Estate (the "Settlement").

2.     Formal approval for this Settlement will be sought by a subsequent motion and notice in accordance with the applicable Bankruptcy Rules and procedures in these cases.

COOCH AND TAYLOR

/s/ Robert W. Pedigo
Robert W. Pedigo (#4047)
The Nemours Building
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE   19899-1680
Telephone: (302) 984-3832

Fax: (302) 984-3939
E-mail: rpedigo@coochtaylor.com

and

Patrick J. Coffin, Esquire
Elliott, Thomason & Gibson, LLP
2626 Cole Ave., Suite 600
Dallas TX 75204
214.377.4848 Tel
214.377.4858 Fax
patrick@etglawfirm.com

and

Steven D. Sanfelippo, Esquire
Cunningham Swaim, L.L.P.
7557 Rambler Road
Suite 440
Dallas, Texas 75231
Telephone: (214) 646-1495
Facsimile: (214) 613-1163
ssanfelippo@cunninghamswaim.com
rcunningham@cunninghamswaim.com

*Special Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee of Parker School Uniforms, LLC*

February 9, 2021