**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PARKER SCHOOL UNIFORMS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 18-10085 (CSS) |
| _____ | ) | **Re: Docket No. 293** |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7  TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TROY PIKE, | ) | Adv. No. 19-50766-CSS |
| | ) | |
| AMY ALLISON BALTHROPE, | ) | Adv. No. 19-50767-CSS |
| | ) | |
| DONALD VAN DER WIEL, | ) | Adv. No. 19-50768-CSS |
| | ) | |
| SUSEN M. SARPA, | ) | Adv. No. 19-51173-CSS |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL OF COMPLAINTS

1.    The Chapter 7 Trustee filed the Trustee's 9019 Motion for an Order Approving Settlements of Disputed Preferential Claims (the "Motion").

2.    The Court granted the Motion and entered the "ORDER APPROVING MOTION OF JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, TO APPROVE COMBINED SETTLEMENT OF THE TEXAS STATE COURT LITIGATION AND DELAWARE ACTIONS AGAINST TROY T. PIKE, AMY A. BALTHROPE, DON VAN DER WIEL AND SUSEN M. SARPA PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 11 U.S.C. § 105(a) approving settlement of each of the individual captioned adversary proceedings.

3.      Please take notice that each complaint in the above-captioned adversary proceedings is hereby dismissed with prejudice.  Each above-captioned adversary proceeding is hereby closed.


Dated:_____, 2021

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
Chief United States Bankruptcy Judge